# NITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| NADA TADIC, all on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. #: 1:18-CV-02911-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, United States Chief District Judge, on the Defendants' Motion to Dismiss, and the court having **GRANTED** said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby, is **DISMISSED**.

Dated at Atlanta, Georgia this 14th day of March, 2019.

JAMES N. HATTEN
CLERK OF COURT

By: s/ Stephanie Pittman
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 14, 2019
James N. Hatten
Clerk of Court

By: s/ Stephanie Pittman
Deputy Clerk